IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK and LORI FUEHRER, on behalf of themselves and all others similarly situated, | : : : : |
| Plaintiffs, | : Case No. 5:20-cv-03910 : : |
| v. | : The Honorable Edward G. Smith : : |
| NESTLĖ PURINA PETCARE COMPANY, | : : **ORAL ARGUMENT** : **REQUESTED** : : |
| Defendant. | : : |

## PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Kevin S. Riechelson
Attorney I.D. 58960
**KAMENSKY COHEN & RIECHELSON**
194 South Broad Street
Trenton, New Jersey, 08608
Tel: (609) 394-8585| Fax: (609) 394-8620
KRiechelson@kcrlawfirm.com

Steven D. Liddle*
Nicholas A. Coulson*
Matthew Z. Robb*
*Admitted Pro Hac Vice*
**LIDDLE & DUBIN PC**
975 E. Jefferson Avenue
Detroit, Michigan 48207-3101
Tel: (313) 392-0015/Fax: (313) (313) 392-0025
sliddle@ldclassaction.com
lsheets@ldclassaction.com
mrobb@ldclassaction.com

*Attorneys for Plaintiffs and the putative Class*

**PLEASE TAKE NOTICE** that Plaintiffs Mark and Lori Fuehrer hereby move this Court under Fed. R. Civ. P. 23 for an order preliminarily approving the Class Action Settlement mutually reached between Plaintiffs and Defendant Nestlé Purina Petcare Company in the above- captioned matter. In support of this Motion, Plaintiffs incorporate by reference the attached memorandum of law in support. Defendant does not oppose this Motion and supports settlement on the terms provided in the Settlement Agreement. A full copy of the Settlement Agreement is attached to Plaintiffs' Memorandum of Law as **Exhibit A** and includes all pertinent exhibits (**Exhibits 1 – 6**) that are attached thereto. Plaintiffs also offer the Declaration of Steven D. Liddle, Esquire in support of this Motion, which is attached as **Exhibit B**. A proposed Order of Preliminary Approval of Class Action Settlement is attached as **Exhibit C**, which Plaintiffs request that the Court enter as the relief sought through this Motion.

Plaintiffs further request that the Court permit oral argument should the Court find it helpful to resolution of the issues raised in Plaintiffs' Motion.

Dated: March 17, 2021                           Respectfully Submitted,

Kevin S. Riechelson
Attorney I.D. 58960
**KAMENSKY COHEN & RIECHELSON**
194 South Broad Street
Trenton, New Jersey, 08608
Tel: (609) 394-8585| Fax: (609) 394-8620
KRiechelson@kcrlawfirm.com

Steven D. Liddle*
Nicholas A. Coulson*
Matthew Z. Robb*
*Admitted Pro Hac Vice*
**LIDDLE & DUBIN PC**
975 E. Jefferson Avenue
Detroit, Michigan 48207-3101
Tel: (313) 392-0015/Fax: (313) (313) 392-0025
sliddle@ldclassaction.com

lsheets@ldclassaction.com
mrobb@ldclassaction.com

*Attorneys for Plaintiffs and the putative Class*