# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK and LORI FUEHRER, on behalf of themselves and all others similarly situated, | : : : : | |
| Plaintiffs, | : : | Case No. 5:20-cv-03910 |
| v. | : : | The Honorable Edward G. Smith |
| NESTLÈ PURINA PETCARE COMPANY, | : : : | **ORAL ARGUMENT REQUESTED** |
| Defendant. | : : : | |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, SERVICE AWARD, ATTORNEYS' FEES, AND LITIGATION EXPENSES**

Kevin S. Riechelson
Attorney I.D. 58960
**KAMENSKY COHEN & RIECHELSON**
194 South Broad Street
Trenton, New Jersey, 08608
Tel: (609) 394-8585| Fax: (609) 394-8620
KRiechelson@kcrlawfirm.com

Steven D. Liddle*
Laura L. Sheets*
Matthew Z. Robb*
*Admitted Pro Hac Vice*
**LIDDLE & DUBIN PC**
975 E. Jefferson Avenue
Detroit, Michigan 48207-3101
Tel: (313) 392-0015/Fax: (313) (313) 392-0025
sliddle@ldclassaction.com
lsheets@ldclassaction.com
mrobb@ldclassaction.com

*Attorneys for Plaintiffs and the putative Class*

**PLEASE TAKE NOTICE** that Plaintiffs Mark and Lori Fuehrer hereby move this Court under Fed. R. Civ. P. 23(e)(2) for an order finally approving the Class Action Settlement mutually reached between Plaintiffs and Defendant Nestlé Purina Petcare Company in the above- captioned matter, awarding a service fee to the named Plaintiffs, awarding attorneys' fees to Class Counsel, and awarding litigation expenses to Class Counsel. This Motion follows this Court's preliminary approval order, which preliminarily certified the class for settlement purposes and preliminarily determined that the Settlement appeared fair, reasonable, and adequate pursuant to Fed. R. Civ. P. 23(e). [*See* ECF No. 27].

In support of this Motion, Plaintiffs incorporate by reference the attached memorandum of law in support. Defendant does not oppose this Motion and supports settlement on the terms provided in the Settlement Agreement.

In support of this Motion, Plaintiffs submit **Exhibit 1**, the Declaration of Steven D. Liddle, which includes the following attachments:

- **Exhibit 1(A)** – Proof of Publication Notice in the Morning Call
- **Exhibit 1(B)** – Settlement Opt Outs
- **Exhibit 1(C)** – Class Counsel Litigation Costs

Plaintiffs also submit the attached **Exhibit 2**, which is a [Proposed] Final Judgment and Order of Dismissal. The Proposed Final Judgment and Order of Dismissal, if approved and entered by the Court, would finally (i) approve and certify the Settlement Class; (ii) designate Plaintiffs Mark and Lori Fuehrer as the Class Representatives of the Settlement Class; (iii) designate Steven D. Liddle, Laura L. Sheets, Matthew Z. Robb, and Kevin S. Riechelson as Class Counsel for the Settlement Class; (iv) order that the notice of the proposed Settlement satisfied the requirements of due process, Fed. R. Civ. P. 23(e), and other applicable law; (v) determine that the Settlement

Agreement is fair, reasonable, and adequate under Fed. R. Civ. P. 23(e); (vi) order that all Class Members who elected to opt-out shall not be bound by the Settlement; (vii) overrule the lone objection to the Settlement; (viii) award an incentive fee of $1,000 to Plaintiffs Mark and Lori Fuehrer; and (ix) award attorneys' fees to Class Counsel in the amount of $259,886 and reimbursement of litigation expenses to Class Counsel in the amount of $19,340.

Plaintiffs further request that the Court permit oral argument on the substance of this Motion during the final fairness hearing scheduled for June 25, 2021 at 10:00 a.m pursuant to Fed. R. Civ. P. R. 23(e)(2).

Dated: June 18, 2021                                  **LIDDLE & DUBIN, P.C.**

/s/Steven D. Liddle
Steven D. Liddle *(Pro Hac Vice)*
Laura L. Sheets *(Pro Hac Vice)*
Matthew Z. Robb (*Pro Hac Vice*)
975 E. Jefferson Avenue
Detroit, Michigan  48207
(313) 392-0025

KAMENSKY COHEN & RIECHELSON
KEVIN S. RIECHELSON
Kamensky, Cohen & Riechelson
194 S. Broad St.
Trenton, NJ 08608
(609) 394-8585
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on June 18, 2021


By: /s/Matthew Z. Robb